PHILLIP A. TALBERT
UNITED STATES ATTORNEY
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>The Cache Creek Wilderness property located at Township 12 North, Range 5 West, Sections 11 & 14, as more fully described in Attachments A-1 through A-5 | CASE NO. 2:17-SW-0536 AC<br><br>[PROPOSED] ORDER TO DESTROY BULK MARIJUANA |

The United States of America having applied to this Court for an order permitting its agents to destroy any bulk marijuana seized in connection with the execution of search warrants in this matter pursuant to duly authorized search warrants, and for good cause appearing,

IT IS HEREBY ORDERED that the Bureau of Land Management and other investigative agencies involved in the investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case after they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped, and after a representative sample consisting of no more than three kilograms and a sample aggregate portion of the whole amount is retained for chemical testing.

Dated: June 21, 2017

_____
Honorable Allison Claire,
United States Magistrate Judge

# ATTACHMENT "A-1"

## Areas to be Searched

**TARGET LOCATIONS 1 - 4:** GPS Coordinates– (TL1NW) 38° 54.602'N by 122° 24.175'W; (TL2NE) 38° 54.781'N by 122° 22.709'W; (TL3SE) 38° 53.283'N by 122° 22.618'W; and (TL4SW) 38° 53.261'N by 122° 23.647'W.

The above-mentioned property is located wholly on federal/Bureau of Land Management property, in Township 12 North, Range 5 West, Sections 11 & 14, on public lands in the Cache Creek Wilderness managed by the Ukiah Field Office. It is naturally forested land, consisting of trees and brush and is approximately 12.0 miles South East of the City of Lower Lake and is approximately 2.0 miles North East of Reiff Road and the Yolo/ Lake County line.

The search is to include marijuana grow sites (Plots A through I) and any satellite sites, including any and all structures, including tents, lean-tos, makeshift sleeping areas and campsites within the 2.5 square miles exterior boundaries of TARGET LOCATIONS 1 - 4, as well as any vehicles parked at the drop points or property near or associated with the growing operation.



# ATTACHMENT "A-2"

## Areas to be Searched

**GPS Coordinates**– 38° 53.410'N by 122° 22.800'W, **Plot A**

The above-mentioned property is located wholly on federal/Bureau of Land Management property, in Township 12 North, Range 5 West, Section 14, on public lands in the Cache Creek Wilderness managed by the Ukiah Field Office, County of Yolo. It is naturally forested land, consisting of trees and brush.

The search is to include the marijuana cultivation sites and any satellite sites, including any and all structures, including tents, lean-tos, makeshift sleeping areas, and campsites within the 2.5 square miles exterior boundaries of TARGET LOCATIONS 1 - 4, as well as any vehicles parked at the drop points or property near or associated with the growing operation.



For illustrative purposes Plot A and the marijuana under cultivation contained therein has been circled in red.

# ATTACHMENT "A-3"

## Areas to be Searched

**GPS Coordinates– 38° 53.710'N by 122° 23.400'W (Plot B); 38° 53.760'N by 122° 23.290'W (Plot C); 38° 53.782'N by 122° 23.282'W (Plot D)**

The above-mentioned property is located wholly on federal/Bureau of Land Management property, in Township 12 North, Range 5 West, Section 14, on public lands in the Cache Creek Wilderness managed by the Ukiah Field Office, County of Yolo. It is naturally forested land, consisting of trees and brush. The search is to include the marijuana cultivation sites and any satellite sites, including any and all structures, including tents, lean-tos, makeshift sleeping areas and campsites within the 2.5 square miles exterior boundaries of TARGET LOCATIONS 1 - 4, as well as any vehicles parked at the drop points or property near or associated with the growing operation.



For illustrative purposes Plots B – D and the marijuana under cultivation contained therein has been circled in red.

# ATTACHMENT "A-4"

## Areas to be Searched

### GPS Coordinates– 38° 54.070'N by 122° 23.240'W, Plot G

The above-mentioned property is located wholly on federal/Bureau of Land Management property, in Township 12 North, Range 5 West, Section 11, on public lands in the Cache Creek Wilderness managed by the Ukiah Field Office, County of Yolo. It is naturally forested land, consisting of trees and brush. The search is to include the marijuana cultivation sites and any satellite sites, including any and all structures, including tents, lean-tos, makeshift sleeping areas and campsites within the 2.5 square miles exterior boundaries of TARGET LOCATIONS 1 - 4, as well as any vehicles parked at the drop points or property near or associated with the growing operation.



For illustrative purposes Plot G and the marijuana under cultivation therein has been circled in red.

# ATTACHMENT "A-5"

## Areas to be Searched

**GPS Coordinates– 38° 54.230'N by 122° 23.410'W (Plot H) and 38° 54.290'N by 122° 23.460'W (Plot I)**

The above-mentioned property is located wholly on federal/Bureau of Land Management property, in Township 12 North, Range 5 West, Section 11, on public lands in the Cache Creek Wilderness managed by the Ukiah Field Office, County of Yolo. It is naturally forested land, consisting of trees and brush. The search is to include the marijuana cultivation sites and any satellite sites, including any and all structures, including tents, lean-tos, makeshift sleeping areas and campsites within the 2.5 square miles exterior boundaries of TARGET LOCATIONS 1 - 4, as well as any vehicles parked at the drop points or property near or associated with the growing operation.



For illustrative purposes Plots H and I and the marijuana under cultivation therein has been circled in red.